IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARLA HITT                                                          PLAINTIFF

v.                       No. 4:18-cv-135-DPM

RUSSELLVILLE HOLDINGS, LLC                                          DEFENDANT

## JUDGMENT

The case is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 March 2019